UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RAILROAD COMPANY,<br>Plaintiff,<br>v.<br>COMCAST CABLE COMMUNICATIONS, LLC.,<br>Defendant. | Case No. 1:21-cv-01293-KES-FJS<br><br>ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY, EXPERT, AND PRETRIAL MOTION DEADLINES<br><br>(ECF No. 61) |

On November 17, 2026, the Parties appeared for a status conference to discuss the November 9, 2026, joint stipulation (ECF No. 61) to continue the discovery, expert, and pre-trial motion deadlines. Counsel Michael H. Wallenstein appeared on behalf of Plaintiff Sierra Railroad Company. Counsel Edward Lee Seidel and Jack F. Altura appeared on behalf of Defendant Comcast Cable Communications, LLC.

Based on the agreement of the Parties, and for good cause appearing, the court HEREBY MODIFIES the April 15, 2026, scheduling order (ECF No. 55) as follows:

(1) Plaintiff SHALL have up to and including March 22, 2027, to serve their expert disclosures on Defendant; and

(2) Defendant SHALL have up to and including April 19, 2027, to serve their expert disclosures, including any expert rebuttal reports, on Plaintiff; and

(3) Plaintiff SHALL have up to and including May 17, 2027, to serve any rebuttal expert disclosures on Defendant; and

(4) The non-expert discovery cut-off deadline currently set for January 7, 2027, is CONTINUED to July 6, 2027; and

(5) The expert discovery cut-off deadline currently set for April 12, 2027, is CONTINUED to July 6, 2027; and

(6) The pre-trial motion filing deadline is CONTINUED from May 11, 2027, to August 9, 2027; and

(7) The pre-trial conference currently set for October 12, 2027, is CONTINUED to January 24, 2028, at 1:30 p.m. in Courtroom 6 (KES) before United States District Judge Kirk E. Sherriff; and

(8) The trial currently set for December 7, 2027, is CONTINUED to March 21, 2028, at 8:30 a.m. in Courtroom 6 (KES) before United States District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: **November 17, 2026**

UNITED STATES MAGISTRATE JUDGE